AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>08cv189 | DATE FILED<br>4/4/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank N.A.<br>JPMorgan Chase Electronic Financial Services Inc. | | DEFENDANT<br>Affiliated Computer Services Inc.<br>ACS State & Local Solutions Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,946,669 | 8/31/99 | Lockheed Martin Corporation |
| 2 | 6,119,107 | 9/12/00 | Lockheed Martin Corporation |
| 3 | US 7,225,155 B1 | 5/29/07 | ACS State & Local Solutions Inc. |
| 4 | US 6,567,821 B1 | 5/20/03 | ACS State & Local Solutions Inc. |
| 5 | US 7,072,909 B2 | 7/4/06 | ACS State & Local Solutions Inc. |
|   | US 7,174,315 B2 | 2/6/07 | JPMorgan Chase Bank N.A. |
|   | US 6,615,190 B1 | 9/2/03 | Bank One, Delaware, National Association |
|   | US 7,165,049 B2 | 1/16/07 | JPMorgan Chase Bank N.A. |
|   |   |   |   |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

| PETER T. DALLEO, CLERK OF COURT | | April 7, 2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy