AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| JPMorgan Chase & Co., et al. | ) | 08 - 189 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. _____ |
| Affiliated Computer Services, Inc., et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Affiliated Computer Services, Inc.
c/o Registered Agent
Corporation Service Company
2711 Centerville Road, Wilmington, DE

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Philip A. Rovner, Esq., Potter Anderson & Corroon LLP
P.O. Box 951, Wilmington, DE  19899
(302) 984-6000  provner@potteranderson.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date:  4/4/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Corporation Service Co
by: 2711 Centerville Rd, Wilm DE 19808 at 4:05 pm

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(X) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Mary Drummond - Section Head ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 4/4/08

Server's signature

Matthew Gordon
Printed name and title

230 N Market St, Wilm DE 19801
Server's address