AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| JPMorgan Chase & Co., et al. | ) | |
| Plaintiff | ) | 08 - 189 |
| v. | ) Civil Action No. _____ |
| Affiliated Computer Services, Inc., et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

ACS State & Local Solutions, Inc.
c/o Registered Agent
Corporation Service Company
2711 Centerville Road, Wilmington, DE

ACS State & Local Solutions, Inc.
1800 M Street, NW
Washington, DC 20036

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Philip A. Rovner, Esq., Potter Anderson & Corroon LLP
P.O. Box 951, Wilmington, DE  19899
(302) 984-6000  provner@potteranderson.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 4/4/08

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

United States District Court for the District of Delaware

| | |
|---|---|
| JPMorgan Chase & Co., et al. | ) |
| | ) |
| Plaintiff(s) | ) Case No.: 08-189 |
| v. | ) |
| Affiliated Computer Services, Inc., et al. | ) |
| Defendant(s) | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Vincent A. Piazza, having been duly authorized to make service of the Summons; Civil Cover Sheet; Fed. R. Civ. P.7.1 Disclosure Statement; Complaint for Declaratory Judgment and Patent Infringement; and Exhibits A - L on ACS State & Local Solutions, Inc. in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 07, 2008 at 3:10 PM, I served the within Summons; Civil Cover Sheet; Fed. R. Civ. P.7.1 Disclosure Statement; Complaint for Declaratory Judgment and Patent Infringement; and Exhibits A - L on ACS State & Local Solutions, Inc. at 1800 M Street, NW, Washington, DC 20036 by serving Paul Webber, Senior Corporate Counsel, authorized to accept. Described herein:

Gender: Male   Race/Skin: Black   Hair: Black   Approx. Age: 40   Height: 5'9"   Weight: 185

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___9th___ day of ___April___, 2008.

Notary Public
Angela H. Croson

My Commission Expires: 03-31-09