IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A. and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br> <br>     Plaintiffs, <br> <br>     v. <br> <br> AFFILIATED COMPUTER SERVICES, INC. and <br> ACS STATE & LOCAL SOLUTIONS, INC., <br> <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   C. A. No. 08-189-SLR <br> ) <br> ) <br> )   JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc. shall answer, move or otherwise respond to Plaintiffs' Complaint is extended through and including May 23, 2008.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | AFFILIATED COMPUTER SERVICES, INC. <br> ACS STATE & LOCAL SOLUTIONS, INC. |
| By: /s/ Philip A. Rovner <br>     Philip A. Rovner (#3215) <br>     Hercules Plaza <br>     P. O. Box 951 <br>     Wilmington, DE  19899 <br>     (302) 984-6000 <br>     provner@potteranderson.com <br> <br> Attorneys for Plaintiffs, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and JPMorgan Chase Electronic Financial Services, Inc. | By: /s/ Lewis T. LeClair <br>     Lewis T. LeClair <br>     McKool Smith P.C. <br>     300 Crescent Court, Suite 1500 <br>     Dallas, Texas 75201 <br>     (214)978-4984 <br> <br> Attorney for Defendants, <br> Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc. |

SO ORDERED, this _____ day of _____ , 2008.

_____
United States District Judge