IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A. and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> AFFILIATED COMPUTER SERVICES, INC. and <br> ACS STATE & LOCAL SOLUTIONS, INC., <br> <br> Defendants. | C. A. No. 08-189-SLR <br> <br> ACS'S CORPORATE <br> DISCLOSURE STATEMENT <br> <br> JURY TRIAL DEMANDED |

## ACS'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc. hereby submit their corporate disclosure statement. No corporate entity owns 10% or more of Affiliated Computer Services, Inc. ACS State & Local Solutions, Inc. is a wholly-owned subsidiary of Affiliated Computer Services, Inc.

OF COUNSEL:

Lewis T. LeClair
leclair@mckoolsmith.com
Douglas A. Cawley
dcawley@mckoolsmith.com
**McKool Smith, PC**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Brett E. Cooper
bcooper@mckoolsmith.com
399 Park Avenue, Suite 3200
New York, New York 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Dated: May 23, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: 302-658-9141
Facsimile: 302-656-0116

*Attorneys for Defendants,
Affiliated Computer Services,
Inc. and ACS State & Local
Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 23, 2008, a copy of ACS's Corporate Disclosure Statement was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com