**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JPMORGAN CHASE & CO., | ) | |
| JPMORGAN CHASE BANK, N.A., and | ) | |
| JPMORGAN CHASE ELECTRONIC | ) | |
| FINANCIAL SERVICES, INC., | ) | |
| | ) | C. A. No. 08-189-SLR |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED COMPUTER SERVICES, INC. and | ) | JURY TRIAL DEMANDED |
| ACS STATE & LOCAL SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Mike McKool  to represent Defendants, Affiliated Computer Services, Inc., and

ACS State & Local Solutions, Inc., in this matter.  In accordance with the Standing Order for

District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of

$25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
1007 North Orange Street, 8th Floor
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 656-0116
cseitz@cblh.com

*Attorneys for Defendants, Affiliated Computer*
*Services, Inc. and ACS State & Local Solutions, Inc.*

Dated:  June 10, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:_____

_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JPMORGAN CHASE & CO., | ) | |
| JPMORGAN CHASE BANK, N.A., and | ) | |
| JPMORGAN CHASE ELECTRONIC | ) | |
| FINANCIAL SERVICES, INC., | ) | |
| | ) | C. A. No. 08-189-SLR |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED COMPUTER SERVICES, INC. and | ) | JURY TRIAL DEMANDED |
| ACS STATE & LOCAL SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of Texas, the U.S. District

Courts for the Northern, Southern, Western and Eastern Districts of Texas, the U.S. Court of

Appeals for the First, Fifth, and Federal Circuits, the U.S. Supreme Court, and the New York

Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in the preparation or course of this action. I also

certify I am generally familiar with this Court's Local Rules. In accordance with the Standing

Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of

$25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be

submitted to the Clerk's Office upon the filing of this motion.

Dated: June 6, 2008

_Mike McKool_
Mike McKool
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: 214-978-4002
Fax: 214-978-4044
mmckool@mckoolsmith.com

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on June 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com