IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A. and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br> <br> *Plaintiffs,* <br> <br> v. <br> <br> AFFILIATED COMPUTER SERVICES, INC. and <br> ACS STATE & LOCAL SOLUTIONS, INC., <br> <br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No: 08-189-SLR <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 13, 2008, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS
AFFILIATED COMPUTER SERVICES, INC. AND ACS STATE & LOCAL SOLUTIONS, INC.

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS AFFILIATED COMPUTER SERVICES, INC. AND ACS STATE &
LOCAL SOLUTIONS, INC.

### BY HAND DELIVERY AND E-MAIL

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
cseitz@cblh.com

**BY E-MAIL**

Lewis T. LeClair, Esq.
Mike McKool, Esq.
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201
lleclair@mckoolsmith.com
mmckool@mckoolsmith.com

Brett E. Cooper, Esq.
McKool Smith
399 Park Avenue
New York, NY 10022
bcooper@mckoolsmith.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Stephen T. Schreiner
Scott L. Robertson
Jennifer A. Albert
Thomas J. Scott, Jr.
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000

Dated: June 13, 2008
869296

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiffs*
*JPMorgan Chase & Co.,*
*JPMorgan Chase Bank, N.A., and*
*JPMorgan Chase Electronic*
*Financial Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 13, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, HAND DELIVERY AND E-MAIL

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
cseitz@cblh.com

I hereby certify that on June 13, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Lewis T. LeClair, Esq.<br>Mike McKool, Esq.<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX  75201<br>lleclair@mckoolsmith.com<br>mmckool@mckoolsmith.com | Brett E. Cooper, Esq.<br>McKool Smith<br>399 Park Avenue<br>New York, NY  10022<br>bcooper@mckoolsmith.com |

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com