**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A., and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> AFFILIATED COMPUTER SERVICES, INC. and <br> ACS STATE & LOCAL SOLUTIONS, INC., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 08-189-SLR <br> ) <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of Defendant ACS's First Set of Requests for Production to Plaintiff JP Morgan Chase were served upon the attorneys of record on June 16, 2008.

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr.  (Bar. No. 2237)
Kevin F. Brady  (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:   302-658-9141
Facsimile:   302-656-0116
cseitz@cblh.com
kbrady@cblh.com

*Attorneys for Defendants, Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc.*

Dated:  June 16, 2008

2

## CERTIFICATE OF SERVICE

    I, Collins J. Seitz, Jr., hereby certify that on June 16, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com