

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Philip A. Rovner
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

June 27, 2008

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court for
    the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

> Re:  JPMorgan Chase & Co., *et al.* v. Affiliated Computer
>        Services, Inc., *et al.*,
>        D. Del., C.A. No. 08-189-SLR

Dear Judge Robinson:

      We represent plaintiffs in the above-referenced action.  In anticipation of the scheduling conference to be held on Tuesday, July 1, 2008 at 1:15 p.m. and in accordance with Your Honor's Order for Scheduling Conference (D.I. 12), the parties have met and conferred regarding the Court's proposed Scheduling Order.  As indicated in the enclosed proposed order, submitted on behalf of plaintiffs and defendants, the parties have reached agreement on almost all issues.  Where they have not (*see* Section 7), the proposed order contains the parties' competing proposals.

      Counsel will be prepared to explain their respective proposals at Tuesday's conference.  If Your Honor should have any questions prior to the conference, counsel are available at the Court's convenience.

      Respectfully,

      Philip A. Rovner
      provner@potteranderson.com

PAR/mes/871767
Enc.

The Honorable Sue L. Robinson
June 27, 2008
Page 2

cc: Collins J. Seitz, Jr., Esq. (w/encl.) – By CM-ECF, Hand Delivery and E-mail
    Lewis T. LeClair, Esq. w/encl.) – by E-mail
    Brett E. Cooper, Esq. (w/encl.) – by E-mail
    Scott L. Robertson, Esq. (w/encl.) – by E-mail
    Stephen T. Schreiner, Esq. (w/encl.) – by E-mail