
**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

July 2, 2008

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court for
   the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

      Re:   JPMorgan Chase & Co., *et al.* v. Affiliated Computer
               Services, Inc., *et al.*,
               D. Del., C.A. No. 08-189-SLR

Dear Judge Robinson:

      On behalf of the parties, I am enclosing a revised Scheduling Order for Your Honor's review and approval.  The proposed order incorporates the rulings the Court provided during the telephone scheduling conference on July 1, 2008.

      Counsel are available at the Court's convenience should Your Honor have any questions.

      Respectfully,

      Philip A. Rovner
      provner@potteranderson.com

PAR/mes/872464
Enc.
cc:  Collins J. Seitz, Jr., Esq. (w/encl.) – By CM-ECF, Hand Delivery and E-mail
    Lewis T. LeClair, Esq. w/encl.) – by E-mail
    Brett E. Cooper, Esq. (w/encl.) – by E-mail
    Scott L. Robertson, Esq. (w/encl.) – by E-mail
    Stephen T. Schreiner, Esq. (w/encl.) – by E-mail