IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., and JPMORGAN CHASE ELECTRONIC FINANCIAL SERVICES, INC., <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>AFFILIATED COMPUTER SERVICES, INC. and ACS STATE & LOCAL SOLUTIONS, INC., <br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) C. A. No. 08-189-SLR<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of ACS'S FIRST SET OF INTERROGATORIES TO JPMORGAN CHASE (NOS. 1-6) were served upon the attorneys of record via hand delivery on July 3, 2008.

　　　　　　　　　　　　　　　　　　CONNOLLY BOVE LODGE & HUTZ LLP


　　　　　　　　　　　　　　　　　　/s/ Collins J. Seitz, Jr.
　　　　　　　　　　　　　　　　　　Collins J. Seitz, Jr. (Bar. No. 2237)
　　　　　　　　　　　　　　　　　　Kevin F. Brady (Bar No. 2248)
　　　　　　　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　Telephone:　302-658-9141
　　　　　　　　　　　　　　　　　　Facsimile:　302-656-0116
　　　　　　　　　　　　　　　　　　cseitz@cblh.com
　　　　　　　　　　　　　　　　　　kbrady@cblh.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants, Affiliated Computer*
Dated: July 3, 2008　　　　　　　　　*Services, Inc. and ACS State & Local Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on July 3, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com