IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A., and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> AFFILIATED COMPUTER SERVICES, INC. <br> And ACS STATE & LOCAL SOLUTIONS, INC., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 08-189-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of 1) ACS's Objections and Responses to Plaintiffs' First Set of Interrogatories to Defendants Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc. and the Verification of Defendant ACS's Objections and Responses to JP Morgan's First Set of Interrogatories and 2) Defendant ACS's Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents to Defendants Affiliated Computer Services, Inc. and ACS State & Local Solutions Inc. were served on the following counsel of record by email and hand delivery on July 17, 2008:

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
provner@potteranderson.com

CONNOLLY BOVE LODGE & HUTZ LLP


/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr.  (Bar. No. 2237)
Kevin F. Brady  (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:    302-658-9141
Facsimile:    302-656-0116
cseitz@cblh.com
kbrady@cblh.com

*Attorneys for Defendants, Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc.*

Dated:  July 17, 2008

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on July 17, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com