IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO.,<br>JPMORGAN CHASE BANK, N.A. and<br>JPMORGAN CHASE ELECTRONIC<br>FINANCIAL SERVICES, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>AFFILIATED COMPUTER SERVICES, INC. and<br>ACS STATE & LOCAL SOLUTIONS, INC.,<br><br>*Defendants.* | Civil Action No: 08-189-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 1, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

### BY HAND DELIVERY AND E-MAIL

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
cseitz@cblh.com

**BY E-MAIL**

Lewis T. LeClair, Esq.  
Mike McKool, Esq.  
McKool Smith  
300 Crescent Court, Suite 1500  
Dallas, TX 75201  
lleclair@mckoolsmith.com  
mmckool@mckoolsmith.com  

Brett E. Cooper, Esq.  
McKool Smith  
399 Park Avenue  
New York, NY 10022  
bcooper@mckoolsmith.com  

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Scott L. Robertson  
Jennifer A. Albert  
Thomas J. Scott, Jr.  
Stephen T. Schreiner  
Eleanor M. Hynes  
GOODWIN PROCTER LLP  
901 New York Avenue, NW  
Washington, DC 20001  
(202) 346-4000  

Dated: August 1, 2008  
876907  

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)  
    Hercules Plaza  
    P.O. Box 951  
    Wilmington, Delaware 19899  
    (302) 984-6000  
    provner@potteranderson.com  

*Attorneys for Plaintiffs*  
*JPMorgan Chase & Co.,*  
*JPMorgan Chase Bank, N.A., and*  
*JPMorgan Chase Electronic*  
*Financial Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 1, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, HAND DELIVERY AND E-MAIL

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
cseitz@cblh.com

I hereby certify that on August 1, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Lewis T. LeClair, Esq.<br>Mike McKool, Esq.<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX  75201<br>lleclair@mckoolsmith.com<br>mmckool@mckoolsmith.com | Brett E. Cooper, Esq.<br>McKool Smith<br>399 Park Avenue<br>New York, NY  10022<br>bcooper@mckoolsmith.com |

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com