# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A. and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AFFILIATED COMPUTER SERVICES, INC. and <br> ACS STATE & LOCAL SOLUTIONS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   C. A. No. 08-189-SLR <br> ) <br> ) <br> ) <br> )   DEMAND FOR JURY TRIAL <br> ) <br> ) <br> ) <br> ) |

## STATEMENT UNDER LOCAL RULE 7.1.1 IN SUPPORT OF DEFENDANT ACS'S UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM

Pursuant to Delaware Local Rule 7.1.1, before filing the motion for leave (D.I. 31), counsel for Defendants Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc., contacted counsel for Plaintiffs JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and JPMorgan Chase Electronic Financial Services, Inc. by e-mail. Plaintiffs have indicated that they do not oppose the filing of an amended answer and counterclaim.

Dated: August 4, 2008.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street, 8th Floor
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 656-0116
cseitz@cblh.com
kbrady@cblh.com

*Attorneys for Defendants, Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc.*