IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A. and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> AFFILIATED COMPUTER SERVICES, INC. and <br> ACS STATE & LOCAL SOLUTIONS, INC., <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No: 08-189-SLR <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 4, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS'
FIRST SET OF INTERROGATORIES

### BY HAND DELIVERY AND E-MAIL

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
cseitz@cblh.com

**BY E-MAIL**

| | |
|---|---|
| Lewis T. LeClair, Esq.<br>Mike McKool, Esq.<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>lleclair@mckoolsmith.com<br>mmckool@mckoolsmith.com | Brett E. Cooper, Esq.<br>McKool Smith<br>399 Park Avenue<br>New York, NY 10022<br>bcooper@mckoolsmith.com |

 

                                            POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Scott L. Robertson<br>Jennifer A. Albert<br>Thomas J. Scott, Jr.<br>Stephen T. Schreiner<br>Eleanor M. Hynes<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 346-4000<br><br>Dated: August 4, 2008<br>877123 | By: /s/ Philip A. Rovner<br>     Philip A. Rovner (#3215)<br>     Hercules Plaza<br>     P.O. Box 951<br>     Wilmington, Delaware 19899<br>     (302) 984-6000<br>     provner@potteranderson.com<br><br>*Attorneys for Plaintiffs*<br>*JPMorgan Chase & Co.,*<br>*JPMorgan Chase Bank, N.A., and*<br>*JPMorgan Chase Electronic*<br>*Financial Services, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 4, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM-ECF, HAND DELIVERY AND E-MAIL**

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
cseitz@cblh.com

I hereby certify that on August 4, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Lewis T. LeClair, Esq.
Mike McKool, Esq.
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201
lleclair@mckoolsmith.com
mmckool@mckoolsmith.com

Brett E. Cooper, Esq.
McKool Smith
399 Park Avenue
New York, NY 10022
bcooper@mckoolsmith.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com