IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A., and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AFFILIATED COMPUTER SERVICES, INC. <br> And ACS STATE & LOCAL SOLUTIONS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 08-189-SLR <br> ) <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of ACS's Second Set of Interrogatories to JPMorgan Chase (Nos. 7-13) were served on the following counsel of record by email on August 14, 2008:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>provner@potteranderson.com
>
>Stephen T. Schreiner, Esquire
>Goodwin Procter
>901 New York Avenue, N.W.
>Washington, DC 20001
>SSchreiner@goodwinprocter.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar. No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:   302-658-9141
Facsimile:    302-656-0116
cseitz@cblh.com
kbrady@cblh.com

*Attorneys for Defendants, Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc.*

Dated: August 14, 2008

## **CERTIFICATE OF SERVICE**

I, Collins J. Seitz, Jr., hereby certify that on August 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

/s/ *Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com