IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMorgan Chase & Co., JPMorgan Chase Bank N.A., and JPMorgan Chase Electronic Financial Services Inc., | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civ. No. 08-189-JJF |
| Affiliated Computer Services Inc., and ACS State & Local Solutions Inc., | : <br> : <br> : |
| Defendants. | : |

### ORDER

A teleconference having been held at Wilmington on the **25th** day of **August, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **September 24th, 2008 at 9:30 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defendants' counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE