IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO.,<br>JPMORGAN CHASE BANK, N.A. and<br>JPMORGAN CHASE ELECTRONIC<br>FINANCIAL SERVICES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AFFILIATED COMPUTER SERVICES, INC. and<br>ACS STATE & LOCAL SOLUTIONS, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　C. A. No. 08-189-SLR<br>)<br>)<br>)　JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND ORDER**

WHEREAS, the parties are aware of the Default Standard for Discovery of Electronically Stored Information developed by the Ad Hoc Committee for Electronic Discovery;

WHEREAS, the parties are currently negotiating the terms of electronic discovery in the current action; and

WHEREAS, the Default Standard for Discovery of Electronically Stored Information requires certain statements of compliance to be filed with the court.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that all deadlines contained in the Default Standard for Discovery of Electronically Stored Information are not, at this time, applicable to this action. The parties shall have until September 15, 2008 to reach an agreement regarding electronic production of documents.

| POTTER ANDERSON & CORROON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Philip A. Rovner | /s/ Kevin F. Brady |
| Philip A. Rovner (DE Bar No. 3215) | Collins J. Seitz, Jr. (DE Bar No. 2237) |
| provner@potteranderson.com | cseitz@cblh.com |
| 1313 N. Market Street | Kevin F. Brady (DE Bar No. 2248) |
| P.O. Box 951 | krady@cblh.com |
| Wilmington, Delaware 19801 | 1007 North Orange Street |
| (302) 984-6000 (main) | P.O. Box 2207 |
| (302) 658-1192 (fax) | Wilmington, DE 19899 |
| | (302) 658-9141 (Main) |
| | 302-656-0116 (fax) |

*Of Counsel*:                                              *Of Counsel:*
Scott L. Robertson                                     Mike McKool
Stephen T. Schreiner                                 Lewis T. LeClair
Jennifer A. Albert                                       Douglas A. Cawley
Thomas J. Scott, Jr.                                   McKool Smith, P.C.
Eleanor M. Hynes                                      300 Crescent Court, Suite 1500
Matthew C. Osborne                                 Dallas, Texas 75201
Goodwin Proctor LLP                                Telephone: (214) 978-4000
901 New York Avenue, NW
Washington, D.C. 20001                           Brett E. Cooper
Telephone: (202) 346-4000                      399 Park Avenue, Suite 3200
                                                                     New York, New York 10022
                                                                     Telephone: (212) 402-9400

*Attorneys for Plaintiffs*                             *Attorneys for Defendants*
*JP Morgan Chase & Co.,*                          *Affiliated Computer Services, Inc., and*
*JP Morgan Chase Bank, N.A., and*            *ACS State & Local Solutions, Inc.*
*JP Morgan Chase Electronic Financial*
*Services, Inc.*

Dated: September 3, 2008

SO ORDERED, this _____ day of September, 2008.

_____
The Honorable Sue Robinson
United States District Court

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2008, I caused a true and correct copy of the foregoing document to be served by email to counsel of record as follows:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>provner@potteranderson.com | Stephen T. Schreiner, Esquire<br>Goodwin Procter<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>SSchreiner@goodwinprocter.com |
|---|---|

*/s/ Kevin F. Brady.*
Kevin F. Brady (Bar No. 2248)
kbrady@cblh.com