IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A. and JPMORGAN CHASE ELECTRONIC FINANCIAL SERVICES, INC., <br><br>    *Plaintiffs*, <br><br>  v. <br><br>AFFILIATED COMPUTER SERVICES, INC. and ACS STATE & LOCAL SOLUTIONS, INC., <br><br>    *Defendants*. | Civil Action No. 08-189-SLR <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) BASED ON COVENANT AND AGREEMENT NOT TO SUE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as the respective attorneys of record for Plaintiffs JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and JPMorgan Chase Electronic Financial Services, Inc. (collectively "JPMorgan") and Defendants Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc. (collectively "ACS"), that:

The declaratory judgment claims designated Count VII-X for United States Patent Numbers 6,657,821 and 7,072,909 in JPMorgan's Second Amended and Supplemental Complaint, filed April 2, 2009, and all defenses thereto in ACS's responsive pleading are DISMISSED WITH PREJUDICE based on the Covenant and Agreement Not to Sue dated June 11, 2009 between ACS and JPMorgan, attached hereto as Exhibit A. Each party shall bear its own costs associated with these claims.

| POTTER ANDERSON & CORROON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>　　Philip A. Rovner (#3215)<br>　　Hercules Plaza<br>　　P.O. Box 951<br>　　Wilmington, Delaware 19899<br>　　(302) 984-6000<br>　　provner@potteranderson.com<br><br>*Attorneys for Plaintiffs*<br>*JPMorgan Chase & Co.,*<br>*JPMorgan Chase Bank, N.A., and*<br>*JPMorgan Chase Electronic*<br>*Financial Services, Inc.*<br><br>OF COUNSEL:<br><br>Scott L. Robertson<br>Jennifer A. Albert<br>Thomas J. Scott, Jr.<br>Stephen T. Schreiner<br>Eleanor M. Hynes<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 346-4000<br><br>Dated: July 27, 2009 | By: /s/ Kevin F. Brady<br>　　Collins J. Seitz, Jr. (#2237)<br>　　Kevin F. Brady (#2248)<br>　　1007 North Orange Street<br>　　P.O. Box 2207<br>　　Wilmington, Delaware 19899<br>　　(302) 658-9141<br>　　cseitz@cblh.com<br>　　kbrady@cblh.com<br><br>*Attorneys for Defendants*<br>*Affiliated Computer Services, Inc. and ACS*<br>*State and Local Solutions, Inc.*<br><br>OF COUNSEL:<br><br>Mike McKool<br>Lewis T. LeClair<br>Theodore Stevenson, III<br>Christopher Kelly<br>300 Crescent Court, Suite 1500<br><br>Brett E. Cooper<br>399 Park Avenue, Suite 3200<br>New York, NY 10022<br><br>Dated: July 27, 2009 |

SO APPROVED this ____ day of _____, 2009.

_____
Sue L. Robinson
United States District Judge

926387

2