# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A. and JPMORGAN CHASE ELECTRONIC FINANCIAL SERVICES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> AFFILIATED COMPUTER SERVICES, INC. and ACS STATE & LOCAL SOLUTIONS, INC., <br><br> *Defendants*. | ) ) ) ) ) Civil Action No. 08-189-SLR ) ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) |

## NOTICE OF PAPER FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only.

JOINT APPENDIX OF EVIDENCE CITED IN
THE PARTIES' CLAIM CONSTRUCTION BRIEFS

VOLUME 1 – EXHIBITS 1-3 Part A – JA00001-JA00488

VOLUME 2 – EXHIBIT 3 Part B – JA00489-JA01007

VOLUME 3 – EXHIBIT 4 Part A – JA01008 – JA01479

VOLUME 4 – EXHIBIT 4 Part B – JA01480-JA01956

VOLUME 5 – EXHIBIT 5 Part A – JA01957 – JA02416

VOLUME 6 – EXHIBITS 5 Part B-10 – JA02417-JA02858

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |

OF COUNSEL:

Scott L. Robertson
Thomas J. Scott, Jr.
Stephen T. Schreiner
Eleanor M. Hynes
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000

Michael S. DeVincenzo
Andrew N. Stein
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(202) 346-4000

Dated: November 6, 2009
941147

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiffs*
*JPMorgan Chase & Co.,*
*JPMorgan Chase Bank, N.A., and*
*JPMorgan Chase Electronic*
*Financial Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on November 6, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

## BY CM-ECF (NOTICE) AND CD BY HAND

Collins J. Seitz, Jr., Esq.
Kevin F. Brady, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
cseitz@cblh.com
kbrady@cblh.com

I hereby certify that on November 6, 2009 I have sent by the foregoing document to the following non-registered participants in the following manner:

### NOTICE BY E-MAIL
### CD BY FEDERAL EXPRESS

Lewis T. LeClair, Esq.
Mike McKool, Esq.
Phillip M. Aurentz, Esq.
David Sochia, Esq.
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX  75201
lleclair@mckoolsmith.com;
mmckool@mckoolsmith.com;
paurentz@mckoolsmith.com

### NOTICE ONLY BY E-MAIL

Brett E. Cooper, Esq.
McKool Smith
399 Park Avenue
New York, NY  10022
bcooper@mckoolsmith.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com