# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A., and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AFFILIATED COMPUTER SERVICES, INC. and <br> ACS STATE & LOCAL SOLUTIONS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 08-189-SLR <br><br><br><br> JURY TRIAL DEMANDED |

## ACS'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGMENT OF U.S. PATENT NO. 5,917,965

Pursuant to Federal Rule of Civil Procedure 56, Defendants, Affiliated Computer Services, Inc., and ACS State & Local Solutions, Inc. ("ACS") moves the Court to grant summary judgment of noninfringment of U.S. Patent No. 5,917,965 in its favor and against Plaintiffs, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and JPMorgan Electronic Financial Services, Inc., ("JPMorgan") for the reasons set forth in the accompanying Opening Brief and supporting papers.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Kevin F. Brady*
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
cseitz@cblh.com
kbrady@cblh.com

December 1, 2009

## CERTIFICATE OF SERVICE

I, Kevin F. Brady, hereby certify that on December 1, 2009, I caused to be electronically filed a true and correct copy of ACS's MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,917,965 with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on December 1, 2009, I caused a copy of ACS's MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,917,965 to be served on the following counsel of record by the manner so indicated:

*E-mail*
Ronald J. Schutz
Becky R. Thorson
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

   */s/ Kevin F. Brady*
   Kevin F. Brady (#2248)