**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JPMORGAN CHASE & CO., ) <br> JPMORGAN CHASE BANK, N.A., and ) <br> JPMORGAN CHASE ELECTRONIC ) <br> FINANCIAL SERVICES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AFFILIATED COMPUTER SERVICES, INC. and ) <br> ACS STATE & LOCAL SOLUTIONS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 08-189-SLR <br><br> JURY TRIAL DEMANDED |

**ACS'S MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY OF U.S. PATENT NO. 7,317,823**

Pursuant to Federal Rule of Civil Procedure 56, Defendants, Affiliated Computer Services, Inc., and ACS State & Local Solutions, Inc. ("ACS") moves the Court to grant summary judgment of invalidity of U.S. Patent No. 7,317,823 in its favor and against Plaintiffs, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and JPMorgan Electronic Financial Services, Inc., ("JPMorgan") for the reasons set forth in the accompanying Opening Brief and supporting papers.

> CONNOLLY BOVE LODGE & HUTZ LLP
>
>     */s/ Kevin F. Brady*
> Collins J. Seitz, Jr. (Bar No. 2237)
> Kevin F. Brady (Bar No. 2248)
> 1007 North Orange Street, P.O. Box 2207
> Wilmington, DE 19899
> Telephone: (302) 658-9141
> cseitz@cblh.com
> kbrady@cblh.com

December 1, 2009

**CERTIFICATE OF SERVICE**

I, Kevin F. Brady, hereby certify that on December 1, 2009, I caused to be electronically filed a true and correct copy of ACS's MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,317,823 with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on December 1, 2009, I caused a copy of ACS's MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,317,823 to be served on the following counsel of record by the manner so indicated:

*E-mail*
Ronald J. Schutz
Becky R. Thorson
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

*/s/ Kevin F. Brady*
Kevin F. Brady (#2248)