## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A. and <br> JPMORGAN CHASE ELECTRONIC <br> FINANCIAL SERVICES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> AFFILIATED COMPUTER SERVICES, INC. and <br> ACS STATE & LOCAL SOLUTIONS, INC., <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-189-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and JPMorgan Chase Electronic Financial Services, Inc. (collectively, "JPMorgan") and Defendants Affiliated Computer Services, Inc. and ACS State & Local Solutions, Inc. (collectively, "ACS") hereby stipulate and agree that this action, including the amended complaint, answers and counterclaims, be dismissed with prejudice pursuant to the Confidential Settlement Agreement and Release dated February 5, 2010 executed by the parties, the terms of which shall remain confidential, as provided in the Confidential Settlement Agreement & Release.

This Court shall retain jurisdiction over the parties and the subject matter to enforce the Confidential Settlement Agreement & Release between JPMorgan and ACS.

Each party shall bear its own costs, attorneys' fees, and expenses incurred by or on behalf of said party in connection with this action.

| POTTER ANDERSON & CORROON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>provner@potteranderson.com | By: /s/ Kevin F. Brady<br>Kevin F. Brady (#2248)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141<br>kbrady@cblh.com |
| *Attorneys for Plaintiffs*<br>*JPMorgan Chase & Co.,*<br>*JPMorgan Chase Bank, N.A., and*<br>*JPMorgan Chase Electronic*<br>*Financial Services, Inc.* | *Attorneys for Defendants*<br>*Affiliated Computer Services, Inc. and ACS*<br>*State and Local Solutions, Inc.* |
| OF COUNSEL:<br><br>Scott L. Robertson<br>Thomas J. Scott, Jr.<br>Stephen T. Schreiner<br>Eleanor M. Hynes<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 346-4000<br><br>Dated: February 8, 2010 | OF COUNSEL:<br><br>Mike McKool<br>Theodore Stevenson, III<br>David Sochia<br>Bradley Caldwell<br>Phillip Aurentz<br>MCKOOL SMITH, PC<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>(214) 978-4000<br><br>Joseph Campbell<br>MCKOOL SMITH, PC<br>300 West 6th Street, Suite 1700<br>Austin, TX 78701<br>(512) 692-8700<br><br>Dated: February 8, 2010 |

952736